# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS13 | E 1194278 | W. Kana | 1817 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 11/24/2020 1073 am
**Offense Charged:** Title 18 USC Sec 13 CVC 22350
**Place of Offense:** NBSD Surface Navy Blvd
**Offense Description: Factual Basis for Charge:** CVC 22350 - Speed. Basic speed law. Traveling 70 mph in a 15 mph zone. Lidar #012558 30mph/240 feet

### DEFENDANT INFORMATION
Phone: 443-301-[redacted]
**Last Name:** Gonzalez
**First:** Michael
**MI:** A

| Tag No. | State | Year | Make/Model | PASS | Comm |
|---|---|---|---|---|---|
| 7PQH001 | CA | 16 | Ford/Fiesta | | |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ 80.00 Forfeiture Amount
+ $30 Processing Fee
$ 110.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: 
Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E1194278*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle,
CDL = Commercial drivers license, CMV = Commercial vehicle involved in incident

CVB SCAN 12/30/2020 11:18
CVB SCAN 12/30/2020 11:18